1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

STEPHANIE MITCHELL,                          )

                                                              )

5                              Plaintiff,            )        Case No.: 2:18-cv-01501-GMN-WGC

            vs.                                         )

6                                                         )        **ORDER**

NANCY A. BERRYHILL, Acting              )

7   Commissioner of Social Security,         )

                                                              )

8                          Defendant.           )

                                                              )

9                                                         )

10

11          Pending before the Court is the Report and Recommendation ("R&R") of United States

12   Magistrate Judge William G. Cobb, (ECF No. 28), which recommends that Plaintiff Stephanie

13   Mitchell's ("Plaintiff's") Motion to Remand, (ECF No. 18), be granted.  The R&R further

14   recommends that Defendant Commissioner Nancy Berryhill's ("Defendant's") Countermotion

15   to Affirm the Agency Decision, (ECF No. 21), be denied.

16          A party may file specific written objections to the findings and recommendations of a

17   United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B);

18   D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a de novo

19   determination of those portions to which objections are made. *Id.*  The Court may accept, reject,

20   or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge.

21   28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b).  Where a party fails to object, however, the Court is

22   not required to conduct "any review at all . . . of any issue that is not the subject of an

23   objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized

24   that a district court is not required to review a magistrate judge's report and recommendation

25   where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114,

1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, February 27, 2020, has passed. (Min. Order, ECF No. 28).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 28), is **ACCEPTED AND ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Remand, (ECF No. 18), is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Countermotion to Affirm the Agency Decision, (ECF No. 21), is **DENIED**.

The Clerk is instructed to close the case.

**DATED** this __28__ day of February, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court